8 A.3d 311

Brenda JONES, Individually and on Behalf
of all Others Similarly Situated

v.

NATIONWIDE PROPERTY AND CASUALTY
INSURANCE COMPANY.

Petition of Brenda Jones.

Supreme Court of Pennsylvania.

Nov. 17, 2010.

## ORDER

PER CURIAM.

AND NOW, this 17th day of November 2010, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1) Does Pennsylvania law require that a party suffering damages be made whole before an insurer is entitled to subrogation?

(2) Does the Pennsylvania Insurance Commissioner have the authority to promulgate a regulation regarding allocation of subrogation proceeds between an insurance company and its insured following subrogation recovery?

(3) Is the Pennsylvania Insurance Commissioner's regulation allowing insurers to allocate subrogation proceeds on a pro rata basis void because it violates Pennsylvania substantive common law, the "made whole" doctrine?